FILED

09/23/2024

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 24-0191

IN THE SUPREME COURT OF THE STATE OF MONTANA

No. DA 24-0191

STATE OF MONTANA,

 Plaintiff and Appellee,

v.

RICKY RAY BAIN,

 Defendant and Appellant.

## GRANT

Pursuant to authority granted under Mont. R. App. P. 26(1), the Appellant is given an extension of time until October 30, 2024, to prepare, file, and serve the Appellant's opening brief.

Electronically signed by:
Bowen Greenwood
Clerk of the Supreme Court
September 23 2024